UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  JOHN W STILLSON
       AUDREY J STILLSON                      CASE NO. HG-10-01322
       523 JACKSON ST                           Chapter 13
       GRAND HAVEN, MI 49417             HON
                                                    Filed: 02/07/2010

## TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SAXON MORTGAGE SERVICES<br>4708 MERCANTILE DR N<br>FORT WORTH, TX  76137 | $78,175.79 | MORTGAGE REGULAR PAYMENT<br>PAID OUTSIDE<br>ACCT: 7744<br>COMM: |
| FIFTH THIRD BANK<br>1850 E PARIS AVE SE<br>GRAND RAPIDS, MI  49546-6253 | $0.00 | UNSECURED CREDITOR<br><br>ACCT:<br>COMM: |
| HSBC BANK NEVADA NA<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | $1,000.00 | SECURED CREDITOR<br><br>ACCT: 2366<br>COMM: |
| INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA, PA  19114 | $0.00 | PRIORITY CREDITOR<br><br>ACCT: XXX-XX-6389 & XXX-XX-5657<br>COMM: |
| STATE OF MICHIGAN<br>DEPT OF TREASURY<br>1ST FLOOR TREASURY BLDG<br>LANSING, MI  48922 | $0.00 | PRIORITY CREDITOR<br><br>ACCT: XXX-XX-5657<br>COMM: |
| ROUNDUP FUNDING LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA  98111-9221 | $5,386.21 | UNSECURED CREDITOR<br><br>ACCT: 5541<br>COMM: |
| MIDLAND FUNDING LLC<br>% AMERICAN INFOSOURCE LP<br>PO BOX 248897<br>OKLAHOMA CITY, OK  73124-8897 | $6,078.58 | UNSECURED CREDITOR<br><br>ACCT: 0269<br>COMM: |
| PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | $4,996.13 | UNSECURED CREDITOR<br><br>ACCT: 3936<br>COMM: |
| CR EVERGREEN LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA  98111-9221 | $5,955.95 | UNSECURED CREDITOR<br><br>ACCT: 5617<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE<br>% AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | $5,321.44 | UNSECURED CREDITOR<br>ACCT: 8352<br>COMM: |
| RESURGENT CAPITAL SERVICES<br>CASHIERING<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $15,194.79 | UNSECURED CREDITOR<br>ACCT: 0949/4019<br>COMM: |
| PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | $2,990.18 | UNSECURED CREDITOR<br>ACCT: 7296<br>COMM: |
| RESURGENT CAPITAL SERVICES<br>CASHIERING<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,685.09 | UNSECURED CREDITOR<br>ACCT: 5178<br>COMM: |
| EMERGENCY HEALTH PARTNERS<br>PO BOX 808<br>GRAND RAPIDS, MI  49518-0808 | $0.00 | UNSECURED CREDITOR<br>ACCT: 9967<br>COMM: |
| LAKESHORE IMAGING CONSULTANTS<br>950 TAYLOR AVE STE 140<br>GRAND HAVEN, MI  49417 | $0.00 | UNSECURED CREDITOR<br>ACCT: 6980<br>COMM: |
| MERCY HOSPITAL<br>% CENTRAL PROF CREDIT SERVICES<br>PO BOX 365<br>CADILLAC, MI  49601 | $5,752.75 | UNSECURED CREDITOR<br>ACCT: 134176241623563<br>COMM: |
| MERCY GENERAL PHYSICIANS<br>NETWORK<br>PO BOX 1848<br>MUSKEGON, MI  49443-1848 | $396.00 | UNSECURED CREDITOR<br>ACCT: 6389<br>COMM: |
| MUSKEGON DRYWALL SUPPLY<br>2380 LAKETON AVE<br>MUSKEGON, MI  49442 | $0.00 | UNSECURED CREDITOR<br>ACCT:<br>COMM: |
| MUSKEGON SURGICAL ASSOC<br>% CADILLAC ACCOUNTS RECEIVABLE<br>PO BOX 358<br>CADILLAC, MI  49601-0358 | $79.00 | UNSECURED CREDITOR<br>ACCT: xxx-xx-6389<br>COMM: |
| CITIBANK<br>% PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | $7,326.88 | UNSECURED CREDITOR<br>ACCT: 5347<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SERVICE 1 FEDERAL CREDIT UNION<br>PO BOX 810<br>MUSKEGON, MI  49443-0810 | $8,983.01 | UNSECURED CREDITOR<br>ACCT: xxx-xx-6389<br>COMM: |
| CARD SERVICES<br>PO BOX 8054<br>PLYMOUTH, MI  48170-8054 | $0.00 | UNSECURED CREDITOR<br>ACCT: 1576<br>COMM: |
| WEST SHORE CARDIOLOGY<br>% CADILLAC ACCOUNTS RECEIVABLE<br>PO BOX 358<br>CADILLAC, MI  49601-0358 | $235.00 | UNSECURED CREDITOR<br>ACCT: xxx-xx-6389<br>COMM: |
| TRI CITIES CREDIT UNION<br>905 PENNOYER<br>GRAND HAVEN, MI  49417 | $1,735.15 | UNSECURED CREDITOR<br>ACCT: 6389<br>COMM: |
| MERCY GENERAL PHYSICIANS NETWORK<br>PO BOX 1848<br>MUSKEGON, MI  49443-1848 | $32.00 | UNSECURED CREDITOR<br>ACCT: 6389<br>COMM: |
| SAXON MORTGAGE SERVICES<br>4708 MERCANTILE DR N<br>FORT WORTH, TX  76137 | $545.74 MONTHLY | MORTGAGE REGULAR PAYMENT<br>CONTINUING CLAIM<br>ACCT: 7744<br>COMM: |
| HSBC BANK NEVADA NA<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | $887.27 | UNSECURED CREDITOR<br>ACCT: 5646<br>COMM: |
| HSBC BANK NEVADA NA<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | $4,979.18 | UNSECURED CREDITOR<br>ACCT: 2366<br>COMM: SPLIT CLAIM |

The foregoing is a list of the amounts and classifications of claims to be paid under the plan.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

DATE: 08/27/2010

/s/ Barbara P. Foley
BARBARA P. FOLEY
415 W MICHIGAN AVE
KALAMAZOO, MI  49007

cc: Debtors: at above address

Attorney for Debtors:
    ROGER G COTNER
    PO BOX 838
    GRAND HAVEN, MI 49417-0838
    via electronic notice

PROOF OF SERVICE

This is to certifiy that the original has been mailed to the Debtors and to the Bankruptcy Court Clerk and Debtors' Attorney via ECF notice on 08/27/2010 by Renee Christensen.